ELLEN RILEY, Respondent, *v.* CONTINUOUS RAIL JOINT COMPANY OF AMERICA, Appellant.

*Riley* v. *Continuous Rail Joint Co.,* 110 App. Div. 787, affirmed.
(Argued October 23, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been caused by the removal of the lateral support to certain land.

*Samuel Foster* for appellant.

*John P. Curley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not sitting: CHASE, J.

---

BAUDUIN SAGEHOMME, Respondent, *v.* PAUL B. PUGH AND COMPANY, Appellant.

*Sagehomme* v. *Pugh & Co.,* 113 App. Div. 905, affirmed.
(Argued October 23, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from building certain walls on plaintiff's lands.

*Selden Bacon* and *Hugo S. Mack* for appellant.

*James S. Darcy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.